UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 5:03CR4 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| **(10) MARIO ARRELLANO-CARBAJAL** | ) | |
| **(18) MARINO ALVARADO-VELAZQUEZ** | ) | |

Leave of Court is hereby granted for the dismissal of the Bill of Indictment (as it pertains to **(10) MARIO ARRELLANO-CARBAJAL and (18) MARINO ALVARADO-VELAZQUEZ** only) in the above-captioned case without prejudice.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service, Defense Counsel and the United States Attorney's Office.

Signed: July 25, 2011

Richard L. Voorhees
United States District Judge